```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JUSTIN DOWNEY
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-0011-JAM |
| Plaintiff, ) | |
| ) | **MOTION TO EXONERATE BOND; ORDER** |
| v. ) | |
| ) | |
| JUSTIN DOWNEY, ) | DATE: No hearing requested |
| ) | JUDGE: Honorable John A. Mendez |
| Defendant. ) | |
| ) | |
| _____ ) | |

On December 18, 2008, the Court ordered Justin Downey released on a $100,000.00 unsecured bond to be secured by real property. On January 23, 2009, a Deed of Trust was posted in the amount of $100,000.00 secured by real property belonging to Thomas Ward and Leoda M. Hvolboll.

On October 5, 2010, Mr. Downey was sentenced by this Court and the case was terminated.

Mr. Downey moves the Court to exonerate the $100,000.00 Unsecured Bond and the property bond, and for an order directing the Clerk of the

/ / /

/ / /

/ / /

Court to reconvey that property to its owners, Thomas Ward and Leoda M. Hvolboll.

DATED: March 26, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ B. Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for Justin Downey

**O R D E R**

The Court finds that Mr. Downey was released pursuant to a $100,000.00 unsecured bond and a property bond which he posted to the Clerk of the Court. He has satisfied all of his obligations to the Court.

THEREFORE, it is hereby ORDERED that the $100,000.00 unsecured bond and property bond in this case are exonerated and that the Clerk of the Court is directed to reconvey to the sureties to Thomas Ward and Leoda M. Hvolboll on the property posted on behalf of Mr. Downey.

**IT IS SO ORDERED.**

DATED: 3/26/2012                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge