PROB 35 (ED/CA)
(Rev. 5/01)

# Report and Order Terminating Supervised Release
# Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No: 2:09CR00011-03-JAM |
| Colleen WOOD ) | |
| ) | |

On October 6, 2010, the above-named was placed on supervised release for a period of five years. The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Shari R. Simon

**Shari R. Simon**
**United States Probation Officer**

Dated:     September 20, 2013
           Roseville, California


              /s/ Michael A. Sipe
              _____
**REVIEWED BY:**   **Michael A. Sipe**
              **Supervising United States Probation Officer**

1

**Re:** **Colleen WOOD**
       **Docket No.:   2:09CR00011-03**
       **REPORT AND ORDER TERMINATING**
       **SUPERVISED RELEASE**

# ORDER OF COURT

Pursuant to the above report, it is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| **9/23/2013** | **/s/ John A. Mendez** |
| **Date** | **John A. Mendez**<br>**United States District Court Judge** |

srs
Attachment:   Recommendation
cc:      United States Attorney's Office
         FLU Unit, AUSA's Office
         Fiscal Clerk, Clerk's Office

# Recommendation Terminating Supervised Release
# Prior to Expiration Date

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 2:09CR00011-03 |
| ) | |
| Colleen WOOD ) | |
| ) | |

**LEGAL HISTORY:**

On October 6, 2010, the above-named was placed on Supervised Release for a period of five years, in reference to the offense of 21 USC 841 (a)(1) Manufacture of Marijuana (Class B Felony). Supervision commenced on October 6, 2010. Special conditions included a requirement for: (1) Financial Disclosure; (2)Correctional Treatment, testing and co payment; (3) 10 months of home detention with electronic monitoring; (4) 9 months Residential Re entry Center(RRC) and pay costs; (5)Drug offender registration. Court modified conditions on June 11, 2012, to exchange 9 months RRC to 9 months home detention with electronic monitoring. The releasee has successfully completed both terms.

**SUMMARY OF COMPLIANCE:**

Ms. Wood has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that supervisee has derived maximum benefit from supervision and is not in need of continued supervision.

Re:   Colleen WOOD
      Docket No.:  2:09CR0001-03
      **RECOMMENDATION TERMINATING
      SUPERVISED RELEASE
      PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                              Respectfully submitted,

                              /s/ Shari R. Simon

                              **Shari R. Simon
                              United States Probation Officer**

Dated:        September 20, 2013
                Roseville, California
                srs

                     /s/ Michael A. Sipe
**REVIEWED BY:**
                     **Michael A. Sipe
                     Supervising United States Probation Officer**

cc:    AUSA (NAME) -Michael Beckwith
        (Pursuant to Rule 32, notice of proposed relief to the probationer/supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Report and Order Terminating Probation/Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)